Name and address:
Marc E. Mayer (SBN 190969)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation, <br><br> Plaintiff(s) <br><br> v. <br><br> VALNET, INC., a Canadian corporation; and DOES 1-10, inclusive, <br><br> Defendant(s) | CASE NUMBER <br> 2:20-cv-03382 RSWL (JCx) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Edelstein, Lindsay R.      of   MITCHELL SILBERBERG & KNUPP LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   437 Madison Avenue
                                                                25th Floor
(212) 509-3900   (212) 509-7239                                New York, New York 10022
*Telephone Number*   *Fax Number*
LRE@msk.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Defendant Valnet, Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
**and designating as Local Counsel**

Marc E. Mayer                          of   MITCHELL SILBERBERG & KNUPP LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2049 Century Park East
                                                              18th Floor
190969   (310) 312-2000   (310) 312-3100                       Los Angeles, California 90067-3210
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
mem@msk.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   March 11, 2021                                   /S/ RONALD S.W. LEW
                                                         **U.S. District Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com